

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellee requested a supplemental clerk's record on April 6, 2021. The record has not been filed. We order Mary Angie Garcia, the Bexar County District Clerk, to file by May 18, 2021, either (1) the supplemental record or (2) written notice that appellee has not paid or made arrangements to pay for the supplemental record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

